# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DHAQUE JONES, : No. 5 WM 2021
:
        Petitioner :
:
:
        v. :
:
:
ALLEGHENY COUNTY COURT OF :
COMMON PLEAS, :
:
        Respondent :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for Writ of Mandamus is DENIED.